STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE AVILES MALDONADO
THERESA VEGA TORRES     Chapter 13

Case No. 10-05697-BKT

Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor            [ ] Present  [✓] Absent
Joint Debtor      [ ] Present  [✓] Absent
Attorney for Debtor [ ] Present [✓] Absent
[ ] Pro-se
[ ] Substitute _____

Date: July 30, 2010
Time: 11:50 am  Track: ____
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors
_—none—_

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [✓] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete   [ ] Missing
   [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing   [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:
_____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE AVILES MALDONADO  
THERESA VEGA TORRES

Case No. 10-05697-BKT

Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

VI. Plan (Cont.)
Date: June, 28, 2010    Base $ 12,000.00    [X] Filed    Evidence of Pmt shown: _____
Payments 0 made out of 1 due.    [ ] Not Filed

VII. Confirmation Hearing Date: September, 3, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 0.00    = $ 3,000.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[X] M.T.D. to be filed by Trustee: Debtor(s): [X] failed to appear; [X] failed to commence payments; [ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

_____
Trustee/Presiding Officer

Date: July 30, 2010
(Rev.)