UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JOSE AVILES MALDONADO
THERESA VEGA TORRES

DEBTOR(S)
****************************.

CASE NO. 10-05697-BKT

CHAPTER 13

## NOTICE OF WITHDRAWAL

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

The Trustee hereby withdraws **Motion to Dismiss** filed in **docket number 10**.

**WHEREFORE,** for the reasons stated above it is respectfully requested from the Court to note the above mentioned and enter the order deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, August 20, 2010.

/s/ Alejandro Oliveras Rivera
**ALEJANDRO OLIVERAS RIVERA**
CHAPTER 13 TRUSTEE
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500 Fax 977-3521