# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

JOSE AVILES MALDONADO  
THERESA VEGA TORRES

Case No. 10-05697-BKT  
Chapter 13  
Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor [✓] Present [ ] Absent  
Joint Debtor [✓] Present [ ] Absent  
Attorney for Debtor [✓] Present [ ] Absent  
[ ] Pro-se  
[ ] Substitute _____

Date: September 09, 2010  
Time: 10:09 Am  Track: 005  
[ ] This is debtor(s) _/_ Bankruptcy filing.  
Liquidation Value: 0  
Creditors  
none

### II. Oath Administered
[ ] Yes   [ ] No

### III. Documents Filed/Provided

[✓] Schedules  
[✓] Statement of Financial Affairs (SOFA)  
[✓] Statement of Current Monthly Income (SCMI)  
[✓] Credit counseling briefing certificate (CCC)  
   [ ] Waiver requested by debtor(s)  
[ ] DSO Certificate

[ ] DSO Recipient's information  
[✓] State Tax Returns 06 - 09 [✓] Returned  
[ ] Federal Tax Returns _____ [ ] Returned  
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[✓] UNFAVORABLE

[ ] Feasibility  
[ ] Insufficiently funded  
[ ] Unfair discrimination  
[ ] Fails liquidation value test  
[ ] Fails disposable income test  (I & J)  
[ ] No provision for secured creditor(s)  

[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[ ] Tax returns missing  
   [ ] State - years _____  
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)  
[ ] Evidence of income  
   [ ] Missing   [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
   [ ] Incomplete   [ ] Missing  
   [ ] Fails commitment period   [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
   [ ] Missing   [ ] More than 180 days  
   [ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JOSE AVILES MALDONADO  Case No. 10-05697-BKT
THERESA VEGA TORRES   Chapter 13   Attorney Name: JUAN O CALDERON LITHGOW*

**VI. Plan** (Cont.)
Date: June, 28, 2010   Base $ 12,000.00   [X] Filed   Evidence of Pmt shown: _____
Payments __2__ made out of __2__ due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** September, 3, 2010

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 0.00 = $ 3,000.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Debtor is to submit weekly payment advises for the period of May 24 to June 28, 2010. ② They will amend plan since they do not intend to classify claims.

_____
Trustee/Presiding Officer

Date: September 09, 2010
(Rev.