IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

**JOSE AVILES MALDONADO**
**THERESA VEGA TORRES**

DEBTORS

CASE NO **10-05697 BKT**

CHAPTER 13

## MOTION REQUESTING DISMISSAL

TO THIS HONORABLE COURT:

COMES NOW creditor **BANCO BILBAO VIZCAYA ARGENTARIA (BBVA)**, represented by the undersigned attorneys and very respectfully states and prays:

1. On June 28th, 2010, debtors filed the instant petition for relief.

2. Debtors filed an amended plan dated June 28th, 2010, by means of which they propose to pay to the Trustee the sum of $200.00 for sixty (60) consecutive months for a total base of $12,000.00. From said proceeds the Trustee shall disburse $3,000.00 for attorney's fees and pre-petition arrears owed to BBVA on its secured claim. The plan further states that they shall keep current the monthly post-petition installments to BBVA as they become due.

3. Appearing creditor respectfully requests from this Honorable Court to enter an Order dismissing the instant case based on the following grounds:

4. BBVA is holder in due course of a duly recorded money purchase security agreement with security interest (contract number

9612588290) at the Motor Vehicles and Trailers Registry of the Department of Transportation and Public Works of the Commonwealth of Puerto Rico (registration number 3376715), which encumbers a 2006, Suzuki XL-7 automobile, engine number JS3TY92V564103419, registered in the name of THERESA VEGA TORRES. **(See Exhibit "A")**

    a. As of **October 1st, 2010**, debtors had outstanding three (3) post-petition arrears owed to BBVA for the months of July to September, 2010, **in the total sum of $1,611.65,** including late payment charges.

    b. Section 1307(c)(1) and (4) of the Bankruptcy Code [11 USC §1307(c)(1) and (4)] states as follows:

> "(c) Except as provided in subsection (e) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, **for cause,** including--
> (1) unreasonable delay by the debtor that is prejudicial to creditors;
> (2)...
> (3)...
> (4) failure to commence making timely payments under section 1326 of this title;"

    c. Debtors have failed to comply with the terms of the proposed plan. They have failed to pay to BBVA **three (3) post-petition installments on the loan of reference** and BBVA's collateral continue to depreciate with time and use without

appearing creditor receiving any payment or consideration thereof. Under such circumstances, it is respectfully requested from this Honorable Court to enter an Order dismissing the instant case.

5. Debtors are not a members of the U.S. Armed Forces, the Coast Guard, the Public Health Services or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy which is attached only to the original of this motion and movant's copy.

6. Pursuant to Local Bankruptcy Rule 9031-1 (h)(1) and(2), it is respectfully requested from this Honorable Court that, should debtors fail to file a response to the instant motion within thirty (30) days from notice of the same an Order may be entered dismissing the instant case without the need of a hearing.

**WHEREFORE,** it is respectfully requested from this Honorable Court to grant this Motion and to enter an Order dismissing the instant case.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the following: Attorney for Debtor(s), **JUAN O CALDERON LITHGOW, ESQ** and to Chapter 13 Trustee, **ALEJANDRO OLIVERAS RIVERA** and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 11 day of October, 2010.

s/ Angel M. Vázquez Bauzá
Angel M Vázquez Bauzá, Esq.
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00917-1017
Tel. 754-1313
Fax. 754-1354
e-mail: avazquez@enrassociates.com

115-9-13341/oco

# BBVA

1738 Calle Amarillo
Río Piedras, PR 00926

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**
(ACUERDO DE GRAVAMEN MOBILIARIO)

9612588290

Vende y hace la siguiente divulgación requerida por Ley Federal y el(los)

**EL VENDEDOR:** NIMAY AUTO CORPORATION
CARR # 2 KM 42.2 BARRIOS ALGAR VEGA BAJA PR 00964
NOMBRE COMPLETO — Dirección Completa del Negocio — Zip Code

**COMPRADOR(ES):** THERESA VEGA TORRES
NOMBRE COMPLETO
PO BOX 144 URB VILLA ROSADO CALLE C #39 VEGA BAJA PR 00693
Dirección Residencial (donde se enviarán todas las Notificaciones) — Zip Code

NOMBRE COMPLETO

Dirección Residencial (donde se enviarán todas las Notificaciones) Zip Code

sig 3376715

conforme a todos los términos y condiciones mencionados a continuación y al dorso de este Contrato. Para garantizar y asegurar el pago y cumplimiento total y a tiempo de todas las obligaciones contraídas por el COMPRADOR bajo este contrato y cualquier otro acuerdo futuro entre el COMPRADOR y el VENDEDOR, el COMPRADOR (incluye todos los compradores solidaria y mancomunadamente de ser más de uno) por valor recibido por este medio: (i) constituye a favor del VENDEDOR un gravamen mobiliario sobre el Vehículo descrito a continuación, el cual ha sido entregado al COMPRADOR a su entera satisfacción, (el "Vehículo") y sobre toda mejora, accesorios, accesiones, bienes o equipo incorporados o adheridos al Vehículo ("Mejoras"); y sobre cualquier otro bien o producto recibido por concepto de cualquier venta, cambio o disposición del Vehículo (incluyendo todo y cualquier pago bajo pólizas de seguro) ("Productos"); y sobre toda póliza de seguro y contrato de servicio bajo los cuales se incluya un cargo en este contrato ("Póliza de Seguro" y "Contrato de Servicio", según apliquen); y (ii) cede y traspasa a favor del VENDEDOR, hasta el monto del total insoluto bajo este contrato, toda cantidad que sea reembolsada por concepto de primas respecto a Pólizas de Seguros ("Reembolso de Primas de Seguro ") así como por concepto de honorarios y otros pagos respecto a Contratos de Servicio ("Reembolso de Honorarios y Pagos ") y, a ese efecto además constituye sobre toda dicha cantidad un gravamen a favor del VENDEDOR. EL VENDEDOR retiene los gravámenes aquí constituidos así como todo derecho e interés que aquí le es cedido y traspasado sobre todo y cualquier Reembolso de Primas de Seguro y sobre Reembolso de Honorarios y Pagos , hasta que EL COMPRADOR haya pagado y satisfecho todas sus obligaciones bajo este contrato. El Vehículo gravado es el siguiente:

| Año | Nuevo o Usado | Marca y Modelo | N°. Cilindros | Núm. de Identificación del Vehículo | Uso Principal |
|---|---|---|---|---|---|
| 2006 | NUEVO | SUZUKI XL-7 | 6 | JS3TY92V564103419 | Personal [X] Negocio [ ] |

☐ Transmisión Manual Opcional ☐ Ventanas Eléctricas ☐ Guía Eléctrico Hidráulico (Power Steering) ☐ Stereo ☐ 2 Puertas
☐ Radio ☐ Aire Acondicionado ☐ Otro - Describa ☐ 4 Puertas
☐ Frenos de Fuerza (Power Brakes) ☐ Transmisión Automática ☐ Asientos Control Eléctrico

**TERMINOS DEL CONTRATO**

EL VENDEDOR tiene intención de ceder este contrato al BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"). Si este contrato es cedido al BBVA puede ser designado como un acreedor bajo este contrato para propósito del "Truth-in-Lending Act". En caso de que este contrato sea cedido el término "VENDEDOR" en lo sucesivo incluirá al Cesionario "BBVA" y cualquier cesionario de éste y así cedido, el Cesionario tendrá todos los derechos, poderes y prerrogativas del VENDEDOR bajo el mismo. Este contrato comprende el contrato entero entre las partes.

1. PAGOS: EL COMPRADOR se compromete a pagar al VENDEDOR o cesionario ( el "Vendedor") todos los pagos establecidos en este contrato. Además:

A. Por cada plazo que esté en morosidad por un período mayor de quince (15) días, el COMPRADOR pagará cinco porciento (5%) del plazo así vencido. Disponiéndose que toda cantidad de plazos impagada a la fecha de vencimiento continuará acumulando intereses hasta su pago total. EL COMPRADOR pagará al VENDEDOR inmediatamente toda cantidad de intereses así acumulada.

B. En caso de que el Contrato sea referido a abogado para acción de reposesión de bienes muebles o para su cobro por vía judicial, el COMPRADOR pagará cincuenta dólares ($50.00) o el cinco porciento (5%) del balance de la deuda, lo que sea mayor, en concepto de honorarios de abogado. Si mediare una estipulación, el COMPRADOR pagará por dichos honorarios cincuenta dólares ($50.00) o el cinco porciento (5%) de las mensualidades vencidas y cobradas, lo que sea mayor.

C. Por cada cheque recibido en pago de cualquier cantidad y que sea devuelto el Comprador pagará un cargo de $10.00.

D. EL COMPRADOR pagará los derechos de traspaso, cesión y cancelación del gravamen mobiliario objeto de este Contrato y derechos requeridos por las agencias gubernamentales correspondientes.

E. Los Costas y gastos incurridos de instarse una acción judicial en relación con este contrato, incluyendo, pero no limitado a, sellos de rentas internas, fianza judicial, costos de investigación y diligenciamiento, grúa, seguro, almacenamiento, posesión y conservación del Vehículo.

F. EL COMPRADOR podrá hacer abonos a principal y saldos por adelantado. No se cobrarán intereses sobre la porción del principal pagado por adelantado.

G. Todos los pagos requeridos por este contrato se harán o remitirán a la oficina principal del Departamento de Financiamiento de Automóviles de BBVA, localizada en la Calle Amarillo Núm. 1738, Río Piedras, Puerto Rico, 00926, o en cualquiera de sus sucursales localizadas en Puerto Rico.

2. EL COMPRADOR certifica que es mayor de edad y goza de la capacidad legal necesaria para otorgar este contrato.

3. USO DE LA PROPIEDAD: EL COMPRADOR mantendrá el Vehículo libre de toda clase de reclamaciones y gravámenes y no cederá ni transferirá su interés en este Contrato, o en el Vehículo, ni sus derechos asociados a Pólizas de Seguros o Contratos de Servicio para los cuales se incluya algún cargo en este contrato, incluyendo su derecho a Reembolsos de Primas o a Reembolsos de Honorarios y Pagos, ni traspasará la posesión del Vehículo, excepto con el consentimiento escrito del VENDEDOR o Cesionario. La venta, traspaso o cesión del interés del VENDEDOR en el Vehículo en la propiedad gravada o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo. La venta , traspaso o cesión del interés del COMPRADOR en el Vehículo o el presente Contrato no liberará al COMPRADOR de sus obligaciones bajo el mismo, excepto si el COMPRADOR obtiene del VENDEDOR su consentimiento escrito a la sustitución del deudor. La transferencia del Vehículo o de la propiedad aquí gravada sin el previo consentimiento escrito del VENDEDOR no transferirá derecho alguno a favor del tercero. El COMPRADOR se obliga a conservar el Vehículo en perfectas condiciones, con excepción del desgaste normal por uso y a cumplir con todas las leyes, reglamentos u órdenes de cuerpos gubernamentales aplicables. EL COMPRADOR pagará puntualmente todas las contribuciones, derechos de licencia, y cualquier otra obligación o penalidad impuesta por cualquier entidad gubernamental en relación con el Vehículo. EL COMPRADOR no usará el Vehículo ilegal o impropiamente, no lo alquilará ( a menos que así se consigne en este contrato) y no lo removerá de la jurisdicción del Estado Libre Asociado de Puerto Rico. EL VENDEDOR podrá a su opción, pagar cualquier cantidad a los fines de obtener la liberación del Vehículo de cualquier obligación y cualquier cantidad que fuere pagada a esos efectos será reembolsada al VENDEDOR por el COMPRADOR inmediatamente que fuese requerido para ello con intereses al tipo contractual legal más alto. No hay garantía implícita de comercialización ("Implied warranty of merchantability") ni garantía implícita de que el Vehículo sea propio para un propósito particular ("Implied warranty of fitness for a particular purpose"), ni ninguna garantía expresa o implícita que se extienda más allá de la descripción del Vehículo en la faz de este contrato, excepto las requeridas por el Código Civil de Puerto Rico y el Reglamento de Garantías en la venta de vehículos de motor, promulgado por el Departamento de Asuntos del Consumidor del Estado Libre Asociado de Puerto Rico.

4. INCUMPLIMIENTO: El tiempo es un factor esencial en este contrato. EL VENDEDOR

podrá acelerar el vencimiento de todo o parte del balance adeudado bajo este contrato y exigir el pago total de esa suma que será, al igual que todas las obligaciones del COMPRADOR bajo este contrato, líquida y exigible desde ese momento sin más notificación al COMPRADOR ni a ninguna persona, sin protesto, presentación, demanda ni aviso, a todos los cuales se renuncia, en cualquiera de las siguientes circunstancias: (1) Cuando el COMPRADOR falte en el pago de tres plazos consecutivos; (2) cuando el COMPRADOR falte en el pago de uno o más plazos vencidos; si en dos o más ocasiones anteriores había dejado de pagar dos o más plazos consecutivos y en dichas ocasiones se había rehabilitado totalmente en el pago de los plazos vencidos; (3) cuando el COMPRADOR habiendo dejado de pagar uno o más plazos consecutivos, presente un pago parcial de la suma vencida y después de efectuar ese pago parcial continúe pagando los plazos futuros a su vencimiento, pero siga en mora con respecto al remanente de la suma vencida durante tres plazos consecutivos posteriores a la fecha en que efectuó el

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

**DETALLES DEL BALANCE DE PRINCIPAL Y CANTIDAD FINANCIADA**

| | | | |
|---|---|---|---|
| 1 | PRECIO DE VENTA AL CONTADO | | $ 24795.00 |
| | Precio de Venta Accesorios | | |
| | Otros | $ | N/A |
| 2 | P R O N T O P A G O | Pronto Pago en efectivo $ 3000.00 (a) | |
| | | Vehículo tomado a cuenta ( Trade- In ) | |
| | | Descripción Marca-Año-Modelo | |
| | | Valor bruto acordado del vehículo $ N/A | |
| | | Menos la cantidad adeudada de $ N/A | |
| | | Valor Neto acordado del Vehículo tomado en cuenta $ N/A (b) | |
| | | Bono ( Rebate ) $ N/A (c) | |
| | | PRONTO PAGO TOTAL ( suma partidas a, b y c ) | $ 3000.00 |
| 3 | BALANCE ADEUDADO DEL PRECIO DE CONTADO | | $ 21795.00 |
| 4 | C A R G O S | CANTIDADES PAGADAS A OTROS POR CUENTA SUYA | |
| | A D E M A S | Licencia Seguro Obligatorio y ACAA. $ N/A (d) | |
| | | Título / Traspaso $ 10.00 (e) | |
| | | Declaración de Financiamiento, Cesión o Traspaso de Gravamen mobiliario Terminación ( Ley 28 del 17 de agosto de 1995 ) $ 10.00 (g) | |
| | P O S | Inscripción / Sellos $ 124.00 (f) | |
| | | CARGOS POR DERECHOS ( suma partidas d, e, f y g ) Total | $ 144.00 |
| 5 | SEGUROS / CONTRATOS DE SERVICIOS ( Véase divulgaciones adicional anejada) | | $ 2994.00 |
| 6 | BALANCE PRINCIPAL Y CANTIDAD FINANCIADA ( suma de partidas 3, 4 y 5 ) | | $ 24933.00 |

DIVULGACION REQUERIDA POR LEY FEDERAL CONOCIDA COMO "TRUTH IN LENDING ACT" Y EL "REGLAMENTO Z"



PROGRAMA DE PAGOS



AVISO AL COMPRADOR: NO FIRME ESTE CONTRATO SIN LEERLO O SI EL MISMO CONTIENE ESPACIOS EN BLANCO. USTED TIENE DERECHO A UNA COPIA DE ESTE CONTRATO. BAJO LA LEY ACTUAL USTED TIENE DERECHO A SALDAR POR ANTICIPADO EL BALANCE ADEUDADO BAJO EL CONTRATO. EN ESTOS CASOS SE CANCELARA EL PRINCIPAL ADEUDADO A LA FECHA DE PAGO MAS CUALQUIER BALANCE PARA CUBRIR CARGOS O INTERESES DEVENGADOS A ESA FECHA.

CERTIFICO HABER RECIBIDO COPIA LLENA DE ESTE CONTRATO DE VENTA AL POR MENOR A PLAZOS Y QUE HE LEIDO AMBOS LADOS DE ESTE DOCUMENTO Y SUS ANEJOS.

AVISO AL DEUDOR, USTED ESTA ADVERTIDO QUE EL ACREEDOR GARANTIZADO/ VENDEDOR TENDRA DERECHO A LA POSESION DE LA PROPIEDAD GRAVADA LUEGO DE UN EVENTO DE INCUMPLIMIENTO, SIN INCOAR PROCEDIMIENTO JUDICIAL.

**CONTRATO DE VENTA AL POR MENOR A PLAZOS**

Suscrito hoy 25 de SEPTEMBER de 2006

en VEGA BAJA , Puerto Rico.

x _Theresa Vega Torres_ _Jose Z. Avil_
Firma del Comprador(es)
NIMAY AUTO CORP.

NIMAY AUTO CORPORATION
Firma del Vendedor

VEASE AL DORSO PARA EL RESTO DEL CONTRATO

142AUT0472(Rev.06-04)   AN ENGLISH TRANSLATION OF THIS CONTRACT IS AVAILABLE AT YOUR REQUEST.

PRIMER ORIGINAL

pago parcial (en todo caso, la aceptación por el VENDEDOR de cualquier plazo o cantidad vencida no conllevará la condonación del resto del plazo ni de la deuda; además, el VENDEDOR podrá negarse a recibir el importe de plazos vencidos cuando el VENDEDOR haya iniciado una reclamación judicial; 4) si el COMPRADOR dejare de cumplir cualesquiera de los términos y condiciones de este contrato incluyendo, sin limitación, si dejare de obtener y mantener el seguro aquí requerido o si el mismo es cancelado por estipa o negligencia del COMPRADOR, o (5) si se instituyere por el COMPRADOR o por otra contra el COMPRADOR un procedimiento de quiebra, sindicatura o insolvencia o que resulte en el nombramiento de un depositario de sus bienes; o (6) si el VENDEDOR recibiere información de que el Vehículo o la propiedad gravada esté siendo utilizada o esté en peligro de ser utilizada en actos delictivos que puedan acarrear la confiscación del Vehículo o de la propiedad; o (7) si el Vehículo es embargado en aseguramiento o ejecución de sentencia por terceras personas o si se dictara en contra del Vehículo cualquier orden o providencia judicial o administrativa en cualquier procedimiento y dicha sentencia, orden o providencia no es dejada sin efecto dentro de treinta (30) días de haber sido impuesta;(8) si cualquier representación, información provista, o garantía hecha por el COMPRADOR en este contrato es incorrecta o el gravamen mobiliario aquí constituido no puede perfeccionarse, es anulada o resultara defectuoso por causas atribuibles al COMPRADOR; (9) Si el Vehículo sufriere daños o desperfectos que redujesen su valor sustancialmente en relación con su precio original; (10) si el Vehículo es traspasado o vendido sin el previo consentimiento escrito del VENDEDOR. En caso de incumplimiento del COMPRADOR con cualquiera de los términos y condiciones de este contrato, el VENDEDOR tendrá todos los derechos y remedios a su favor bajo la Ley de Transacciones Comerciales (Ley Núm. 208 del 17 de agosto de 1995, según enmendada) y cualquiera otra ley aplicable, incluyendo el derecho a la reposesión y disposición de la propiedad gravada sin incoar un procedimiento judicial y a cancelar y dar por terminada toda y cualquier Póliza de Seguro o Contrato de Servicio para los cuales se incluya algún cargo en este contrato y en tal caso el COMPRADOR autoriza a toda aseguradora, proveedor de servicios o ambos a pagar directamente al VENDEDOR toda cantidad correspondiente a tales reembolsos. El VENDEDOR podrá reposeer la propiedad y si el COMPRADOR no hubiere redimido de acuerdo con la ley, el VENDEDOR podrá vender o disponer de la misma a través de cualquier procedimiento a tenor con la ley. El producto de dicha venta así como todo reembolso de primas de seguro y reembolsos de Honorarios y pagos menos, las deducciones permitidas, incluyendo el reembolso de los gastos incurridos por el VENDEDOR por motivo de la reposesión y venta del Vehículo, será aplicado al pago de las obligaciones del COMPRADOR bajo este contrato. El sobrante, si alguno, será pagado al COMPRADOR, a menos que por ley se disponga otra cosa. Además, en caso del VENDEDOR tomar posesión del Vehículo bajo cualquier procedimiento permitido por ley, las partes acuerdan que: (i) el COMPRADOR reembolsará al VENDEDOR todos los gastos incurridos por el VENDEDOR para obtener el recobro, posesión, tenencia o preparación del Vehículo para su disposición; y (ii) el VENDEDOR no será responsable de daño o menoscabo que pueda sufrir el Vehículo o cualesquiera de sus componentes, equipo o accesorios en relación con las gestiones del VENDEDOR al tomar posesión y retener el Vehículo, o por la posible desaparición de, o daño que sufra la propiedad o objetos localizados dentro del Vehículo. Los derechos y remedios del VENDEDOR bajo este contrato son adicionales a cualesquiera otros derechos concedidos por la ley y podrán hacerse efectivos sucesiva o concurrentemente. En caso de incumplimiento, el COMPRADOR, a requerimiento del VENDEDOR, pondrá el Vehículo a disposición del VENDEDOR en un lugar que éste designe. Después de la reposesión, el COMPRADOR firmará todos los documentos necesarios para ceder la titularidad del Vehículo al VENDEDOR o a un tercero que éste designe. El COMPRADOR será responsable de cualquier deficiencia que pueda surgir en relación con sus obligaciones bajo este contrato, una vez el VENDEDOR haya dispuesto del Vehículo y deducidos los gastos incurridos, incluyendo gastos legales incurridos al cobro de la deuda garantizada. Cualquier embargo dentro de una acción en cobro de dinero o venta del Vehículo que resulte de una acción judicial en cobro de dinero no descargará ni liberará al COMPRADOR de sus obligaciones bajo este contrato hasta tanto haya pagado el total de las cantidades acordadas en el mismo. Cualquier cesionario de este contrato tendrá derecho a compensar "set-off"), con o sin aviso al COMPRADOR, cualquier deuda que surja de este contrato mediante la aplicación al pago de la deuda de cualquier cantidad de dinero del COMPRADOR que esté o en el futuro pueda estar en su posesión de dicho cesionario. El VENDEDOR podrá, durante horas razonables, inspeccionar físicamente el Vehículo dondequiera el mismo se encuentre.

5. RIESGOS POR PERDIDA — SEGUROS. El Vehículo estará al riesgo del COMPRADOR y éste obtendrá y mantendrá, por su cuenta, durante todo el tiempo en que cualquier cantidad esté pendiente de pago bajo este contrato, un seguro protegiendo por lo menos el interés del VENDEDOR contra pérdida, daño o destrucción de o al Vehículo en la forma y cantidades que el VENDEDOR le requiera. Queda a opción del comprador adquirir cubiertas adicionales u otros seguros. La inclusión de un cargo por seguro en este contrato no relevará al COMPRADOR de tal obligación, sino que solamente autoriza al VENDEDOR a tratar de obtener los seguros requeridos a nombre del COMPRADOR a través de un agente de seguros autorizado; disponiéndose que si el VENDEDOR no pudiere obtener los seguros requeridos bajo los términos indicados por las cantidades aquí indicadas y por el tiempo requerido, el VENDEDOR podrá: (i) obtener el seguro por aquel periodo, si alguno, que el agente de seguros a quien el VENDEDOR le solicite pueda proveer por dicha cantidad, o (ii) acreditar dicha cantidad a los últimos plazos que se venzan bajo este contrato en orden inverso al de su vencimiento o como de otro modo se disponga por ley. En caso de que el COMPRADOR dejare de presentar evidencia satisfactoria de dicho seguro al ser requerido para ello, el VENDEDOR podrá obtener dicho seguro, pero no vendrá obligado a hacerlo y los derechos del VENDEDOR bajo este contrato no serán perjudicados si no lo hiciera) y dicho seguro protegerá a discreción del VENDEDOR: (i) bien los intereses del COMPRADOR y del VENDEDOR, o (ii) bien el interés del VENDEDOR solamente. En tal caso, el COMPRADOR se obliga a pagar, además de las obligaciones bajo este contrato, una cantidad igual al importe de la prima de tal seguro obtenido por el VENDEDOR, inmediatamente que fuere requerido para ello, conjuntamente con los intereses sobre dicha cantidad al tipo contractual más alto que se permita por ley. El COMPRADOR por la presente cede al VENDEDOR cualesquiera sumas de dinero, hasta el monto del balance insoluto bajo este contrato, que pudieran ser pagaderas bajo cualquier seguro, quienquiera lo obtenga, y expresamente solicita y autoriza a cualquier compañía de seguros a hacer el pago de dichas sumas de dinero directamente al VENDEDOR para ser aplicadas al balance insoluto bajo este contrato; y a tal efecto el COMPRADOR designa al VENDEDOR como su apoderado en nombre del COMPRADOR cualquier giro o cheque que represente pagos del COMPRADOR de tales sumas de dinero incluyendo cheques por concepto de primas no devengadas. En caso de saldo anticipado de la deuda, cuando el COMPRADOR adeude algún pago al momento de saldar la deuda, el COMPRADOR autoriza al VENDEDOR a cancelar dichas pólizas y tramitar cualquier reclamación relacionada con las mismas. El importe de dicho seguro, quienquiera que lo obtenga, se dedicará a reponer el Vehículo o al pago de la obligación bajo este contrato a discreción exclusiva del VENDEDOR. Si el COMPRADOR obtiene una póliza de interés doble, éste será responsable al VENDEDOR por cualquier balance adeudado bajo este contrato que no fuere cubierto por la póliza. (Véase Divulgación Adicional sobre Seguros y Contratos de Servicio).

6. SEGURO DE VIDA Y CONTRATOS DE SERVICIO: Véase Divulgación Adicional sobre Seguros y Contratos de Servicio.

7. GENERAL: Ningún traspaso, renovación, prórroga, o cesión de este Contrato o de cualquier interés bajo el mismo, y ninguna pérdida, daño o destrucción del Vehículo relevará al COMPRADOR de sus obligaciones bajo este Contrato, excepto si la totalidad de la pérdida, daño o destrucción está cubierta por la póliza de seguro incluida en este contrato. El COMPRADOR no podrá dar el Vehículo objeto de este contrato en prenda, hipoteca o en garantía de obligación alguna, removerlo de Puerto Rico, guardarlo usualmente en una dirección distinta de la que se indica como la del COMPRADOR en este contrato, excepto con el consentimiento escrito del VENDEDOR. La omisión o la demora por parte del VENDEDOR en hacer uso de cualquier derecho que pueda tener bajo este Contrato no constituirá una renuncia de tal derecho. Si este contrato fuere firmado por más de un COMPRADOR, la obligación de éstos será solidaria (in solido) y toda referencia al COMPRADOR incluye a todos los compradores. Todos los derechos, privilegios, acciones y obligaciones de las partes bajo este Contrato se considerarán igualmente extensivos a sus herederos, administradores, albaceas o cesionarios. El VENDEDOR (y en este caso, y solamente aquí, se entenderá que la palabra "VENDEDOR" no incluye al cesionario del VENDEDOR, se compromete a inscribir el título del Vehículo a nombre del COMPRADOR en la División de Vehículos de Motor del Departamento de Transportación y Obras Públicas, el COMPRADOR acepta que el VENDEDOR, o su Cesionario retenga la licencia que se expida a su nombre por el tiempo que sea necesario para inscribir este Contrato en dicha División de Vehículos de Motor y retengo, además, el Certificado de Título hasta tanto el COMPRADOR haya satisfecho todas sus obligaciones bajo este contrato. Este contrato constituye el convenio total entre el COMPRADOR y el VENDEDOR y ninguna modificación de ninguno de los términos y condiciones del mismo será válida a menos que conste por escrito firmado por las partes y el COMPRADOR expresamente renuncia al derecho de descansar en ellas, a menos que hayan sido debidamente otorgadas por escrito por el VENDEDOR. Cualquier prórroga a este Contrato no afectará los términos y condiciones del Contrato ni relevará al COMPRADOR de sus obligaciones bajo el mismo. Cualquier disposición de este Contrato declarada nula, inválida o prohibida por la ley será ineficaz hasta donde se extienda tal prohibición sin invalidar las otras disposiciones de este contrato. A requerimiento del VENDEDOR, el COMPRADOR llevará a cabo aquellos actos y suscribirá aquellos documentos que el VENDEDOR estime necesarios o convenientes para proteger, mantener, perfeccionar o poner en vigor el gravamen mobiliario del VENDEDOR sobre el Vehículo y cualquier otro derecho del VENDEDOR bajo este Contrato. Una fotocopia del presente contrato o de la Declaración de Financiamiento será suficiente para ser utilizada como una declaración de financiamiento bajo la Ley de Transacciones Comerciales, según enmendada.

8. INTERPRETACIÓN: La validez y ejecutabilidad de este contrato se interpretará y regirá bajo las leyes del Estado Libre Asociado de Puerto Rico. El COMPRADOR se somete a la jurisdicción y competencia del Tribunal General de Justicia del Estado Libre Asociado de Puerto Rico, sala de San Juan. Cualquier término que no se haya definido en este contrato tendrá la definición designada en la Ley 208 del 17 de agosto de 1995, según enmendada.

**AVISO AL COMPRADOR**

1. Si los términos de financiamiento expuestos en este acuerdo con el VENDEDOR no fueren correctos en todos sus extremos; o

2. Si la propiedad descrita en este acuerdo no le hubiere sido, entregada a usted por el VENDEDOR o no estuviese en la actualidad en su poder; o

3. Si el VENDEDOR no hubiere cumplido todas sus obligaciones para con usted, el COMPRADOR, usted deberá notificarlo al cesionario de este acuerdo por escrito, mediante correo certificado con acuse de recibo, a la dirección indicada en la parte superior de este acuerdo, dentro de los veinte (20) días siguientes a la fecha en que tenga conocimiento de algún hecho que pueda dar lugar a una causa de acción o defensa que surja de la venta y que pudiera usted tener en contra del VENDEDOR. Copia de cualquier notificación al Cesionario deberá ser referida a BBVA al Departamento de Financiamiento de Automóviles, 1738 Calle Amarillo, Río Piedras, P.R. 00926.

**GARANTÍA SOLIDARIA**

En consideración al otorgamiento de este contrato por el VENDEDOR, el suscribiente por la presente garantiza solidariamente al VENDEDOR y su Cesionario, BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"), sus sucesores y cesionarios, el pago de todos los plazos bajo el Contrato, más intereses, y el cumplimiento de todos los términos y condiciones del Contrato por parte del COMPRADOR. El suscribiente se obliga a pagar a BBVA, sus sucesores y cesionarios, cuando fuese requerido para ello, la totalidad del balance pendiente de pago

bajo el contrato, si en cualquier momento el COMPRADOR dejase de cumplir con alguna de sus obligaciones o condiciones bajo este Contrato, sin obligación alguna de parte de BBVA, sus sucesores y cesionarios, de proceder primeramente contra el COMPRADOR. La responsabilidad del suscribiente no se afectará por cualquier prórroga, transacción, indulgencia, arreglo o variación de las obligaciones incurridas por o con el COMPRADOR o cualquier otra persona interesada. Tampoco se afectará por la pérdida, avería o destrucción del Vehículo o por el traspaso o cesión de este Contrato, disponiéndose, que el suscribiente no estará obligado más de lo que viene obligado el COMPRADOR bajo los términos del mismo.

Por la presente, se renuncia al derecho de aviso de aceptación de esta garantía, de todo aviso, demanda o notificación de incumplimiento, aviso de la cantidad adeudada, protesto, requerimiento de pago, excusión y remedios posesorios, y al derecho de trasladar cualquier acción judicial del Tribunal que primero adquiriese jurisdicción.

En _____ Puerto Rico, a _____ de _____ de _____

_____
Garantizador

_____
Testigo

_____
Dirección del Garantizador

_____
Dirección del Testigo

**ACUERDO DE CESIÓN Y REVENTA DEL VENDEDOR**

A: BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO

Por el valor recibido, el que suscribe por la presente, CEDE, VENDE Y TRASPASA, a BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO ("BBVA"), sus sucesores y cesionarios, todo su título, derecho e interés en este Contrato de Venta al Por Menor a Plazos-Gravamen Mobiliario ( el "Contrato" ) y en los bienes que en él se describen. El que suscribe, representa y garantiza que no ha ocurrido evento alguno que haya podido alterar o modificar la validez y el cumplimiento de este Contrato en todas sus partes, de acuerdo con sus términos, y que los bienes a que este Contrato se refieren ( los "Bienes" )no son objeto de ninguna reclamación o defensa por parte del COMPRADOR y están libres de todo gravamen, excepto el gravamen constituido por el Contrato; que tales bienes fueron propiedad del suscribiente, hasta el momento en que se otorgó el Contrato, con derecho a venderlos y que el suscribiente tiene derecho absoluto para ceder, vender y traspasar el título al Contrato y que los Bienes fueron entregados al COMPRADOR y aceptados por éste y se encuentran libres de defectos y en buen estado de uso; que la cantidad en efectivo mencionada en este Contrato como pronto pago del COMPRADOR le fue recibida y pagada por el COMPRADOR y que ninguna parte de dicho dinero fue sufrida por el suscribiente o su agente, y que el VENDEDOR no le retiene obligación alguna al COMPRADOR o su agente, ni se relaciona con esta compraventa; que las manifestaciones hechas en el Contrato son verdaderas y ciertas en todas sus partes. Además, el suscribiente representa y garantiza a BBVA que: (i) el Contrato cedido evidencia una compraventa bona fide del Vehículo y la persona identificada el COMPRADOR y que el mismo refleja correctamente sus términos; y es, rescindible; (ii) el Contrato cedido otorgado sobre los Bienes y no ha sido enmendado ni modificado de manera alguna; (ii) el COMPRADOR bajo el Contrato es el verdadero adquirente del Vehículo; (iii) en relación con el Contrato se han cumplido las leyes aplicables y se han tomado todos los pasos necesarios para perfeccionar un gravamen sobre el Vehículo; (iv) el Vehículo, ha sido entregado al COMPRADOR y el Contrato constituye una obligación válida y exigible del COMPRADOR y no tiene ninguna reclamación o defensa en contra el suscribiente por violación del Contrato, disposición alguna de ley aplicable, o por defectos en el Vehículo, que tiene su título limpio (excepto por el gravamen constituido por el Contrato) y libre sobre el Vehículo y no existe justificación o base alguna para una reclamación futura del COMPRADOR por tales conceptos. El suscribiente acuerda reembolsar el Contrato a solicitud de BBVA o de su cesionario, en caso de que el suscribiente incumpla con cualquiera de las representaciones y garantías antes indicadas o si el Contrato se resuelve por ley o de otra forma. El suscribiente acuerda indemnizar y salvaguardar a BBVA de indemnizaciones, demandas, reclamaciones, costas, gastos, desembolsos, honorarios de abogado y los cuales BBVA incurra por razón del incumplimiento del suscribiente de cualquiera de las representaciones o garantías mencionadas. BBVA podrá permitir modificaciones al Contrato o conceder extensiones en cuanto a los pagos adeudados bajo el mismo, sin que tal acción en esta responsabilidad del suscribiente hacia BBVA y sin que sea necesario el consentimiento del suscribiente a tales modificaciones o extensiones. BBVA no tendrá que llevar acción contra el COMPRADOR antes de requerir al VENDEDOR que cumpla sus obligaciones en la presente cesión. Como condición esencial de esta cesión, el suscribiente representa y garantiza que cumplirá con todos los requisitos legales y contractuales, incluyendo venta, reparación, servicio y garantía, relacionadas con los bienes y que permanecerán siendo responsable del cumplimiento de sus obligaciones con el COMPRADOR. En caso de violación en cualquiera de sus obligaciones, representaciones o garantías bajo o en relación con el Contrato, el suscribiente se obliga a readquirir el Contrato de BBVA, sus sucesores y cesionarios, en las mismas condiciones de la cesión original. El suscribiente, además, se compromete que a opción de BBVA, sus sucesores y cesionarios, inscribirá debidamente el Vehículo en el Registro para Vehículos de Motor y el Contrato y la correspondiente Declaración de Financiamiento, en relación con el traspaso de gravamen mobiliario a favor de BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO en el registro apropiado a someterse a BBVA, sus sucesores y cesionarios, toda la documentación necesaria para inscribir el Vehículo y el Contrato dentro del término dispuesto por la ley, libre de cargas y gravámenes, con excepción de aquellos constituidos por el Contrato. El conocimiento por el cesionario en cualquier momento sobre cualquier incumplimiento de lo anterior no implicará renuncia a ni defensa contra cualquiera de las obligaciones del suscribiente como cedente.

Si VENDEDOR reconoce que, en caso de que surja un conflicto, controversia, o contradicción entre lo contenido en este acuerdo de cesión y reventa y las disposiciones originales de dicho acuerdo contenidas en el Contrato de Venta a Por Menor a Plazos las mismas serán resueltas de conformidad a lo dispuesto por la enmienda antes transcrita.

☐ A. Sin recurso al cedente.

☐ B. Con recurso al cedente. En consideración a la compra de este Contrato por BBVA, sus sucesores y cesionarios, el suscribiente se obliga solidariamente al pago puntual de todos los plazos especificados en el Contrato, más intereses, y a readquirir por compra, inmediatamente que fuere requerido para ello por BBVA, sus sucesores y cesionarios, este Contrato de Venta a Por Menor a Plazos, pagando al suscribiente la totalidad de la deuda pendiente de pago bajo el mismo, si en cualquier momento el COMPRADOR dejase de hacer efectivo a su vencimiento alguna de las condiciones y obligaciones bajo este Contrato, o si el mismo fuese rescindido por cualquier razón. La responsabilidad del suscribiente no será afectada por cualquier indulgencia, prórroga, transacción o variación en la obligación incurrida por o con el COMPRADOR o cualquier otra persona interesada y se renuncia expresamente al derecho de aviso de aceptación de esta garantía y a todo aviso, demanda o notificación de incumplimiento, protesto, requerimiento de pago, excusión y remedios posesorios.

☐ C. Con recurso limitado al cedente. En consideración a la compra de este Contrato por BBVA, sus sucesores y cesionarios, el suscribiente se obliga incondicionalmente a garantizar solidariamente el pago puntual de todos los plazos especificados en el Contrato, más intereses, y a obliga a readquirir por compra, inmediatamente que fuese requerido para ello por BBVA, sus sucesores y cesionarios, este Contrato de Venta al Por Menor a Plazos, pagando al suscribiente la totalidad de la deuda pendiente de pago bajo el mismo, si en cualquier momento el COMPRADOR dejase de hacer efectivo a su vencimiento alguna de las condiciones y obligaciones bajo este Contrato, o si el mismo fuese rescindido por cualquier razón dentro de los próximos _____ meses (pagos) desde la inscripción de este Contrato. La responsabilidad del suscribiente no será afectada por cualquier indulgencia, prórroga, transacción o variación en la obligación incurrida por o con el COMPRADOR o cualquier otra persona interesada y se renuncia expresamente al derecho de aviso de aceptación de esta garantía y a todo aviso, demanda o notificación de incumplimiento, protesto, requerimiento de pago, excusión y remedios posesorios.

☐ D. Con recurso limitado al cedente. En consideración a la compra de este Contrato por BBVA, sus sucesores y cesionarios, el suscribiente se obliga incondicionalmente a satisfacer a BBVA, sus sucesores y cesionarios, a requerimiento de éste, la suma de $ _____, si en cualquier momento el COMPRADOR dejase de hacer efectivo a su vencimiento alguna de los pagos o condiciones establecidas en este Contrato, o si el mismo fuese rescindido por cualquier razón. La responsabilidad del suscribiente no será afectada por cualquier indulgencia, prórroga, transacción o variación en la obligación incurrida por o con el COMPRADOR o cualquier otra persona interesada y se renuncia expresamente al derecho de aviso de aceptación de esta garantía y a todo aviso, demanda o notificación de incumplimiento, protesto, requerimiento de pago, excusión y remedios posesorios.

En _____ Puerto Rico, hoy día _____ de _____ de _____

Nombre del Vendedor _____

Nombre del Vendedor _____ Título _____

Puerto Rico - Aviso al Cesionario

El cesionario (por recibir este Contrato) del presente Contrato al por menor a plazos u un pagaré relacionado con este, quedará sujeto en igualdad de condiciones a cualquier reclamación o defensa que el Comprador pueda interponer en contra del Vendedor. El cesionario del Vendedor tendrá a oponerle contra el Vendedor todos los reclamos y defensas que el Comprador pueda levantar contra el Vendedor de los artículos o servicios.

**LEY FEDERAL**

La Comisión Federal de Comercio requiere que se incluya el siguiente aviso, el cual no debe entenderse como una limitación a los derechos dispuestos en el aviso anterior que requiere la ley estatal.

CUALQUIER TENEDOR DE ESTE CONTRATO DE CRÉDITO AL CONSUMIDOR ESTÁ SUJETO A TODAS LAS RECLAMACIONES Y DEFENSAS QUE EL DEUDOR PUDIERE ALEGAR EN CONTRA DEL VENDEDOR DE LOS BIENES Y SERVICIOS OBTENIDOS DE CONFORMIDAD CON EL MISMO O CON LOS RÉDITOS DE ESTE CONTRATO. EL RECOBRO POR EL DEUDOR BAJO ESTA CLAÚSULA NO EXCEDERÁ DE LAS CANTIDADES PAGADAS POR EL DEUDOR BAJO ESTE CONTRATO.

VÉASE AL OTRO LADO PARA INFORMACIÓN

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## CERTIFICADO DE TITULO

29ene2007 13:38:54    0403-1032-5226-000000000

| NUMERO DE TITULO | FECHA EXPEDICION | NUMERO DE REGISTRO | FECHA REGISTRO |
|---|---|---|---|
| A 3928414 | 29ene2007 | 6873877 | 25sep2006 |

| NUMERO DE SERIE (VIN) | MARCA | MODELO | AÑO | NUM. CILINDROS |
|---|---|---|---|---|
| JS3TY92V564103419 | Suzuki | XL7 | 2006 | 06 |

| CAP CARGA | PESO | NUEVO USADO | TITULO ANTERIOR | ESTADO | ODOMETRO | COLOR |
|---|---|---|---|---|---|---|
| | 0# | 0# Nuevo | CertOrig | W1 | | gris 0 obscur |

NOMBRE Y DIRECCION DEL DUEÑO REGISTRAL

Nombre: VEGA TORRES, THERESA

Resid: VILLA DEL ROSARIO
39 CALLE C
VEGA BAJA, PR 00693

ESTE ES SU
TITULO DE PROPIEDAD
CONSERVELO EN
SITIO SEGURO.

Postal: La Misma

**GRAVAMENES**

PRIMER GRAVAMEN (VENTA CONDICIONAL)    FECHA DIA-MES-AÑO

BBVA    25sep2006

SEGUNDO GRAVAMEN (OTROS)

**CANCELACION GRAVAMEN**

EL (LOS) ABAJO FIRMANTE (S) TENEDOR (ES) DEL GRAVAMEN SOBRE EL VEHICULO DE MOTOR DESCRITO ARRIBA, CERTIFICAMOS QUE EL MISMO HA SIDO PAGADO (SI MAS DE UN GRAVAMEN DEBERAN APARECER DOS (2) FIRMAS)

PRIMER GRAVAMEN _____  FECHA _____  FIRMA AUTORIZADA _____

SEGUNDO GRAVAMEN _____  FECHA _____  FIRMA AUTORIZADA _____

SECRETARIO DTOP
O REPRESENTANTE AUTORIZADO

NUMERO CONTROL
A-7628732

NO ES VALIDO SI ALTERADO

Department of Defense Manpower Data Center                                  Oct-11-2010 08:07:59


Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| AVILES MALDONADO | JOSE | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:DQ0QNKDAFM

Department of Defense Manpower Data Center          Oct-11-2010 08:08:51


Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VEGA TORRES | THERESA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:5JUK01ME84

```
Label Matrix for local noticing                                                    DEPARTAMENTO DE HACIENDA
0104-3                                                                             PO BOX 9024140
Case 10-05967-ESL7                                                                 OFICINA 424-B
District of Puerto Rico                                                            SAN JUAN, PR 00902-4140
Old San Juan
Mon Oct 11 11:09:41 AST 2010

GE MONEY BANK-WALMART                   GMAC MORTGAGE, LLC                         PR DEPARTMENT OF LABOR
C/O RECOVERY MANAGEMENT SYSTEMS CORP    P O BOX 1330                               PRUDENCIO RIVERA MARTINEZ BLDG
25 S.E. 2ND AVENUE SUITE 1120           WATERLOO, IA 50704-1330                    505 MUNOZ RIVERA AVENUE
MIAMI, FL 33131-1605                                                               12 FLOOR
                                                                                   SAN JUAN, PR 00918


                                                                                   ALEXIS FUENTES-HERNANDEZ
                                                                                   P.O.BOX 9022726
                                                                                   SAN JUAN, PR  00902-2726




CARIBE GROLIER, INC.                    CARICO INTERNATIONAL, INC.                 CENTENNIAL DE PR
P.O. BOX 8317                           P.O. BOX 8906                              P.O. BOX 71333
SAN JUAN, PR 00910-0317                 FT. LAUDERDALE, FL 33310-8906              SAN JUAN, PR  00936-8433




CHASE VISA                              CITI CARDS                                 CITIFINANCIAL
P.O. BOX 94014                          P.O. BOX 45129                             P.O. BOX 22066
PALATINE, IL 60094-4014                 JACKSONVILLE, FL 32232-5129                TEMPE, AZ  85285-2066




CITIFINANCIAL                           COLUMBIA HOUSE                             DEPARTMENT OF TREASURY OF PR
P.O. BOX 70919                          P.O. BOX 916400                            PO BOX 9022501
CHARLOTTE, NC 28272-0919                RANTOUL, IL 61866-6400                     SAN JUAN, PR  00902-2501




FIA CARD SERVICES                       FINGERHUT                                  FIRST BANK / MONEY EXPRESS
P.O. BOX 15019                          P.O. BOX 166                               BANKRUPTCY DIVISION
WILMINGTON, DE 19886-5019               NEWARK, NJ 07101-0166                      PO BOX 9146
                                                                                   SAN JUAN P.R. 00908-0146


(p)INTERNAL REVENUE SERVICE             LAW OFFICES OF HERRERO III & RODRIGUEZ     MONEY EXPRESS
CENTRALIZED INSOLVENCY OPERATIONS       PO BOX 362159                              P.O. BOX 11890
PO BOX 21126                            SAN JUAN PR  00936-2159                    SAN JUAN, PR 00922-1890
PHILADELPHIA PA 19114-0326



NORIS NUNEZ                             PRT                                        RAFMIR D. ELVIRA TOSANA
LAS PALOMAS #151 - C                    P.O. BOX 71535                             151 CALLE LAS PALOMAS
SANTURCE, PR  00911                     SAN JUAN, PR 00936-8635                    SAN JUAN, PR 00911-2215




SANTANDER FINANCIAL SERVICES            SIMPLICITY PLAN DE PUERTO RICO             SPRINT
ISLAND FINANCE                          P.O. BOX 11187                             C/O E.R. SOLUTIONS, INC.
P.O. BOX 195369                         SAN JUAN, PR  00910-2287                   P.O. BOX 9004
SAN JUAN, PR  00919-5369                                                           RENTON, WA 98057-9004
```

TEAM COLLECTION SERVICES, INC.
PMB 420
P.O. BOX 6022
CAROLINA, PR 00988-6022

WALMART
P.O. BOX 530927
ATLANTA, GA 30353-0927

ALEXIS FUENTES HERNANDEZ
FUENTES LAW OFFICES
PO BOX 9022726
SAN JUAN, PR 00902-2726

FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

RAFMIR D ELVIRA TOSANA
151 LAS PALOMAS
SAN JUAN, PR 00911-2215

WILFREDO SEGARRA MIRANDA
PO BOX 9023385
SAN JUAN, PR 00902-3385

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114-0326