```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                        THE DISTRICT OF PUERTO RICO
```

| IN THE MATTER OF: | |
|---|---|
| | CASE NO. 10-05697BKT |
| JOSE AVILES MALDONADO | Chapter 13 |
| THERESA VEGA TORRES | |
| XXX-XX-6079 | |
| XXX-XX-1058 | FILED & ENTERED ON 11/10/2010 |
| Debtor(s) | |

ORDER

The trustee and BBVA to state position within twenty-one (21) days as to Debtor's answer to Motion to Dismiss filed on (Docket No. 22).

SO ORDERED.

San Juan, Puerto Rico, this 10 day of November, 2010.

*/s/ Brian K. Tester*
U.S. Bankruptcy Judge