IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE AVILES MALDONADO
THERESA VEGA TORRES

DEBTOR(S)

CASE NO. 10-05697-BKT

CHAPTER 13

NOTICE OF WITHDRAWAL

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

The Trustee hereby withdraws Motion to Dismiss filed in **docket number** 20.

**WHEREFORE**, for the reasons stated above it is respectfully requested from the Court to note the above mentioned and enter the order deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 11/22/2010.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521