IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-05697 BKT

Chapter 13

JOSE AVILES MALDONADO

THERESA VEGA TORRES

XXX-XX-6079

XXX-XX-1058

FILED & ENTERED ON 12/06/2010

Debtor(s)

## ORDER DISMISSING CASE

The motion complying with order and reaffirming request for dismissal and to enter summary order of dismissal filed by BBVA (docket #26) is GRANTED, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 06 day of December, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: All creditors
    F/up