10-05697-BKT  CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| BBVA<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | BBVA<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 |
| BBVA<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | CITIFINANCIAL<br>PO BOX  70979<br>CHARLOTTE, NC  28272-0919 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR  00936-8308 | DORAL BANK AS SERVICING AGENT FOR DORAL MORTGA(<br>PO BOX 70308<br>SAN JUAN, PR  00936-8308 |
| DORAL BANK AS SERVICING AGENT FOR DORAL MORTGA(<br>PO BOX 70308<br>SAN JUAN, PR  00936-8308 | EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR  00902-3862 |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131-1605 | JOSE AVILES MALDONADO<br>PO BOX 144<br>VEGA BAJA, PR  00694-0144 |
| LIBERTY MEDICAL SUPPLY<br>2157 APPERSON DRIVE<br>SALEM, VA  24153-9973 | PRASA [AAA]<br>C/O CONSUMER SERVICES AREA<br>PO BOX 7066<br>SAN JUAN, PR  00916-7066 |
| PREPA<br>C/O MARIA T. GORBEA<br>PO BOX 364267<br>SAN JUAN, PR  00936-4267 | PRTC<br>PO BOX 71401<br>SAN JUAN, PR  00936-8501 |
| JOSE AVILES MALDONADO and THERESA VEGA TORRES<br>PO BOX 144<br>VEGA BAJA, PR  00694-0144 | |

DATED: February 03, 2011

S/MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1     - CASE     10-05697-BKT